55 A.3d 1055

### Brian JOHNSON, Petitioner

v.

### COURT OF COMMON PLEAS, COUNTY OF PHILADELPHIA, Respondent.

No. 166 EM 2012.

Supreme Court of Pennsylvania.

Nov. 9, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of November, 2012, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**